# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| **THOMAS J. LOWERY,** | |
| **Plaintiff,** | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| **vs.** | |
| **STATE OF UTAH et al.,** | |
| **Defendants.** | **Case No.  2:06CV372 DAK** |

This matter is before the court on Plaintiff's Complaint against the State of Utah, Utah Third District Court, and the Honorable Anthony B. Quinn and on various motions that have been filed by Plaintiff and Defendants.  On July 13, 2006, this case was referred to the Magistrate Judge under 28 U.S.C. § 636(b)(1)(B).  On October 6, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that Plaintiff's Complaint be dismissed with prejudice and that his Motion for Leave to Amend be denied.

Plaintiff filed an Objection to the Report and Recommendation on October 23, 2006.  He also filed an Amendment to the Objection on November 2, 2006.   The court has considered Plaintiff's Objections and his Amendment to Objections, along with the entire case file.

Having reviewed the file in its entirety, the court hereby APPROVES and ADOPTS the Magistrate Judge's Report and Recommendation.  Defendant's Complaint is DISMISSED with prejudice.  Defendants' pending motion is  MOOT.   Plaintiff's Motion for Reasonable Modifications is MOOT, and Plaintiff's Motion to Amend is DENIED.   The Clerk of the Court is

directed to close this case.

DATED this 13th day of November, 2006.

BY THE COURT:

DALE A. KIMBALL
United States District Judge